# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA HALL, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ETHICON, INC., et al.,<br><br>        Defendants. | Case No. ED CV 20-926-DMG (SHKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [81]** |

The Court hereby orders that the joint stipulation of Plaintiffs Rhonda Hall and Greg Hall and Defendants Ethicon, Inc. and Johnson & Johnson is APPROVED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' Complaint filed in the above-captioned civil action is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 16, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE